# Court of Appeals
# of the State of Georgia

ATLANTA,___August 25, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A1266. HAYNES v. THE STATE.**

This case was docketed with this court on March 5, 2015. Appellant failed to file a brief and enumeration of errors within twenty (20) days of the docketing of the appeal as required by the rules of this court. Appellant's brief and enumeration of errors was due to be filed no later than March 25, 2015. As of this date, appellant has not filed a brief or enumeration of errors.

Accordingly, the appeal is hereby DISMISSED. Further, as required by *Reese v. State*, 216 Ga. App. 773, 774 (456 SE2d 271) (1995), the Clerk of this Court is directed to send a copy of this order directly to Mr. Haynes. Mr. Haynes' counsel, Leonard Farkas, shall also receive a copy of this order, and counsel is directed to forward an additional copy of this order to Mr. Haynes.

Leonard Farkas shall bear the primary responsibility of informing Mr. Haynes of the disposition of this appeal and his options as a result. But in light of Mr. Farkas' failure to adequate prosecute Mr. Haynes' appeal, in accordance with *Reese*, supra, the following is included for Mr. Haynes' information:

**Mr. Haynes, your appeal has been DISMISSED because your attorney failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have a right to an OUT-OF-TIME APPEAL – but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for out-of-time appeal is denied, you may appeal that denial to**

**this court within thirty (30) days of the trial court's decision.**



Court of Appeals of the State of Georgia

     Clerk's Office, Atlanta,_____08/25/2015_____

     I certify that the above is a true extract from

the minutes of the Court of Appeals of Georgia.

     Witness my signature and the seal of said court

hereto affixed the day and year last above written.

_____, Clerk.